**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1511**

---

CLINCHFIELD COAL COMPANY,

Petitioner,

versus

ALVIN DOTSON; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES DEPART-
MENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(98-582-BLA)

---

Submitted:  September 30, 1999        Decided:  October 13, 1999

---

Before MURNAGHAN, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Timothy W. Gresham, PENN, STUART & ESKRIDGE, Abingdon, Virginia,
for Petitioner.  Joseph E. Wolfe, Vernon M. Williams, Bobby S.
Belcher, Jr., WOLFE & FARMER, Norton, Virginia, for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clinchfield Coal Company petitions for review of an order of the Department of Labor's Benefits Review Board (BRB), which affirmed an award of benefits to Alvin Dotson, a former coal miner, under the Black Lung Benefits Act. 30 U.S.C. §§ 901-945 (1994). Our review of the record and consideration of the briefs reveals that the decision is in accordance with law and is supported by substantial evidence. Accordingly, we affirm on the reasoning of the BRB. Dotson v. Clinchfield Coal Co., No. 98-582-BLA (BRB Feb. 22, 1999). We grant Appellant's unopposed motion to submit this appeal on the briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED